# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 24, 2013

146831 & (13)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

In re Estate of EMILY GORALEWSKI

_____/

SC: 146831
COA: 312575
Grand Traverse
Probate Ct: 11-031616-TV

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the February 22, 2013 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the May 17, 2012 order of the Grand Traverse Probate Court determining that the petitioner lacked standing, and we REMAND this case to the probate court for consideration of the issues regarding the ripeness of the petitioner's claim in light of MCL 700.7604. The probate court shall also address the alleged conflict of interest by respondent attorney Terry C. Rogers. We DIRECT the probate court to decide all outstanding issues in this case on an expedited basis.

We do not retain jurisdiction.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 24, 2013 _____

_____
Clerk

t0521